AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District
Southern District of Texas
FILED

APR 25 2017

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Reginaldo RODRIGUEZ-Saenz<br>YOB: 1972, US<br><br>*Defendant(s)* | Case No. M-17-0757-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/5/17 - 4/24/17__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code § 912 | Falsely assumed or pretended to be an officer or employee acting under the authority of the United States,...and acted as such, and in such pretended character demanded or obtained money or something of value. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by
AUSA [signature]

_____
Complainant's signature

Antonio Perez IV, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/25/2017  8:56 am

_____
Judge's signature

City and state: McAllen, Texas

Peter Ormsby U.S. Magistrate Judge
*Printed name and title*

In January 2017, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas HSI McAllen received information from a HSI cooperating defendant (CD) regarding an individual who presented himself as a federal agent and who, in exchange for money, offered to assist the CD with his/her pending criminal investigation. According to the CD, the agent accepted bribes in exchange for dismissing criminal cases or providing undocumented aliens with immigration documents.

On January 5, 2017, the CD arranged to meet with the alleged agent, later identified as Reginaldo RODRIGUEZ. At the time of the meeting, HSI McAllen observed RODRIGUEZ displaying a badge near his front pocket. During the meeting, the CD asked RODRIGUEZ if he was an "agent". RODRIGUEZ responded he worked for a federal agency in the Fugitive Recovery Agency department. RODRIGUEZ claimed he did the "dirty work" for the FBI. He said, "I'm the one that bribes the government, well, on behalf of them."

RODRIGUEZ informed the CD that he/she would need to pay $5,000.00 down to have the criminal investigation reviewed to get a better estimate on the total cost of having the pending charges dismissed. RODRIGUEZ warned the CD to not inform his/her criminal defense attorney that he/she would be receiving assistance from a federal agent because it could ruin the process.

On April 24, 2017, the CD arranged to meet with RODRIGUEZ to provide him the $5,000.00. At the time of the meeting, HSI McAllen had confirmed that RODRIGUEZ was not employed as an agent, or employee of the United States or authorized to work on behalf of the United States.

During the meeting, HSI McAllen again observed RODRIGUEZ displaying a badge near his front pocket. RODRIGUEZ informed the CD that the process had changed from their last conversation. RODRIGUEZ informed the CD that he/she needed to change his/her current attorney to one involved in his organization.

RODRIGUEZ stated the $5,000.00 would provide her various benefits such as access to his/her case file in order to reveal who was working the case, to identify the prosecutor and judge overseeing the case, identify lawyers assigned to co-defendants, and to identify parole officer assigned to each individual co-defendant. RODRIGUEZ stated they needed all the aforementioned information from the criminal case because RODRIGUEZ's work would cause the CD to disappear from the investigation.

At the conclusion of the meeting, the CD informed HSI McAllen that RODRIGUEZ had accepted the $5,000.00. HSI McAllen with the assistance of the Hidalgo, Texas County Sheriff's Office conducted an arrest of RODRIGUEZ and recovered the $5,000.00 in RODRIGUEZ's vehicle.

HSI McAllen conducted an interview with RODRIGUEZ. HSI Special Agent (SA) A. Perez read RODRIGUEZ his Miranda rights as witnessed by SA R. Garza. RODRIGUEZ stated that he understood his rights and voluntarily waived them in writing. RODRIGUEZ made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

RODRIGUEZ identified himself as a Fugitive Recovery Agent who offered bails bonds services, bounty hunting, and attorney referrals. RODRIGUEZ denied offering federal criminal defendants with pending cases assistance in changing criminal indictments indictments or getting their sentences reduced.

RODRIGUEZ stated that wearing a badge during meetings with clients and offering services for pending criminal cases could have led those individuals to imagine that he could be an agent with a federal agency.